

**Marshall H. Tanick**, *Attorney*

mtanick@meyernjus.com
Direct: (612) 630-3221

October 2, 2019

Magistrate Judge Hildy Bowbeer  *Via email bowbeer_chambers*
United States District Court  *@mnd.uscourts.gov and ECF Filing*
632 Federal Building
316 North Robert Street
St. Paul, MN 55101

    Re:    Michelle Jacobson v. County of Chisago and Richard Duncan
            Court File No.:  18-CV-02528-SRN-HB

Dear Magistrate Judge Bowbeer:

I am writing to inform the court that the criminal proceeding in Anoka County District Court regarding Richard Duncan, scheduled for last week, was postponed due to a scheduling conflict and rescheduled to Tuesday October 15th.

I will continue to keep the Court apprised.

Thank you for your consideration.

                              Respectfully submitted,

                              MEYERS NJUS TANICK


                              */s/ Marshall H. Tanick*

                              Marshall H. Tanick
                              Attorney at Law

Cc:  Dyan Ebert
       Leslie Lienemann