

**Marshall H. Tanick**, *Attorney*

mtanick@meyernjus.com
Direct: (612) 630-3221

October 30, 2019

Magistrate Judge Hildy Bowbeer  *Via email bowbeer_chambers*
United States District Court  *@mnd.uscourts.gov and ECF Filing*
632 Federal Building
316 North Robert Street
St. Paul, MN 55101

Re: Michelle Jacobson v. County of Chisago and Richard Duncan
Court File No.: 18-CV-02528-SRN-HB

Dear Magistrate Judge Bowbeer:

Here is an update on the Richard Duncan criminal proceeding in Anoka County District Court following the latest hearing on Tuesday, October 14th.

A pre-trial has been scheduled for January 9, 2020; trial is scheduled for February 3rd.

I will continue to keep the Court apprised of developments.

Thank you for your consideration.

Respectfully submitted,

MEYERS NJUS TANICK

*/s/ Marshall H. Tanick*

Marshall H. Tanick
Attorney at Law

Cc:  Dyan Ebert
     Leslie Lienemann