UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| Michelle Jacobson, | Civ. No. 18-cv-02528 (SRN/HB) |
| Plaintiff, | **DEFENDANT CHISAGO COUNTY'S MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| County of Chisago and Richard Duncan, both individually and in his official capacity as Sheriff of County of Chisago, | |
| Defendants. | |

_____

Defendant Chisago County, moves for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. This motion is based upon all files, records and proceedings herein, the Affidavit of Cally Kjellberg-Nelson, with exhibits, and Defendant Chisago County's Memorandum of Law filed herein, along with any arguments of counsel.

QUINLIVAN & HUGHES, P.A.

Dated: February 17, 2021      By:   /s/Cally Kjellberg-Nelson
                                     Dyan J. Ebert #0237966
                                     Cally Kjellberg-Nelson # 0390443
                                     Attorneys for Defendant
                                     PO Box 1008
                                     St. Cloud, MN  56302-1008
                                     (320) 251-1414
                                     (320) 251-1415 (Fax)
                                     debert@quinlivan.com
                                     ckjellberg-nelson@quinlivan.com

1