UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

Michelle Jacobson,   Civ. No. 18-cv-02528 (SRN/HB)

    Plaintiff,

**<u>ORDER</u>**

vs.

County of Chisago and Richard
Duncan, both individually and in his
official capacity as Sheriff of
County of Chisago,

    Defendants.
_____

The above-entitled matter came on for hearing before the Honorable Susan Richard Nelson pursuant to Defendant Chisago County's Motion for Summary Judgment.

The Court having heard the arguments of counsel, and upon all of the files, records and proceedings herein,

Based upon the Motion, the supporting and opposing memoranda of law, arguments of counsel and all of the pleadings, files and records herein, and the Court being fully advised in the matter,

    IT IS HEREBY ORDERED:

    1.    Defendant Chisago County's motion for summary judgment is GRANTED.

    2.    Plaintiff's claims against Defendant Chisago County are dismissed with prejudice.

    LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:_____                    _____
                                            Susan Richard Nelson
                                            United States District Court Judge