UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| Michelle Jacobson, | Civ. No. 18-cv-02528 (SRN/HB) |
|---|---|
| Plaintiff, | |
| vs. | **DEFENDANT CHISAGO COUNTY'S WITNESS LIST** |
| County of Chisago and Richard Duncan, both individually and in his official capacity as Sheriff of County of Chisago, | |
| Defendants. | |

_____

Defendant Chisago County submits the following list of witnesses it intends to call at trial:

| NAMES AND ADDRESSES OF WITNESSES | DESCRIPTION OF EXPECTED TESTIMONY |
|---|---|
| Plaintiff Michelle Jacobson[1] | The claims identified in her Complaint, and the damages she claims to have sustained. |
| Defendant Richard Duncan<br>7691 Wyoming Trail<br>Chisago City, MN 50513 | His interactions with Plaintiff Jacobson. |
| Renee Kirchner<br>22208 Jason Avenue N<br>Forest Lake, MN 55025<br><br>Former Human Resource Director, Chisago County | Information when she first learned of Plaintiff Jacobson's reports of Defendant Duncan's conduct and the follow up to same. |

---

[1] Address withheld at Plaintiff's request.

1

| | |
|---|---|
| Justin Wood, Chief Deputy Chisago County Sheriff's Office 15230 Per Road Center City, MN 55012 | Information regarding when he first learned of Plaintiff Jacobson's reports of Defendant Duncan's conduct and the follow up to same. |
| Tracy Armistead 2951 124th Circle NE Blaine, MN 55449  Former Captain, Chisago County Sheriff's Office | Information regarding when she first learned of Plaintiff Jacobson's reports of Defendant Duncan's conduct and the follow up to same. |

Defendant Chisago County reserves the right to amend and/or supplement this Witness List. Defendant Chisago County reserves the right to call any and all witnesses identified by Plaintiff and Defendant Duncan. Defendant Chisago County reserves the right to call witnesses necessary for impeachment or rebuttal.

QUINLIVAN & HUGHES, P.A.

Dated: November 3, 2021      By:   /s/Cally Kjellberg-Nelson
                                   Dyan J. Ebert #0237966
                                   Cally Kjellberg-Nelson # 0390443
                                   Attorneys for Defendant Chisago County
                                   PO Box 1008
                                   St. Cloud, MN  56302-1008
                                   (320) 251-1414
                                   (320) 251-1415 (Fax)
                                   debert@quinlivan.com
                                   ckjellberg-nelson@quinlivan.com