UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Michelle Jacobson, | Civ. No. 18-cv-02528 (SRN/HB) |
| Plaintiff, | |
| vs. | **JOINT LIST OF PARTIES, ATTORNEYS AND WITNESSES** |
| County of Chisago and Richard Duncan, both individually and in his official capacity as Sheriff of County of Chisago, | |
| Defendants. | |

_____

The parties and their respective counsel submit the following Joint List of Parties, Attorneys, and Witnesses:

## ATTORNEYS AND PARTIES

Tracy Armistead, Former Captain, Chisago County Sheriff's Office (Witness)

Celeste E. Culberth, Attorney for Plaintiff

Richard Duncan, Defendant

Dyan J. Ebert, Attorney for Defendant Chisago County

Stephanie Forness, Psyd, LP, Plaintiff's Counselor (Witness)

Sydney Fulcher, Plaintiff's Daughter (Witness)

Michelle Jacobson, Plaintiff

Todd Jacobson, Plaintiff's husband (Witness)

Renee Kirchner, Human Resource Director, Chisago County (Witness)

Cally Kjellberg-Nelson, Attorney for Defendant Chisago County

1

Leslie L. Lienenmann, Attorney for Plaintiff

Linda Richnofsky, LMFT, Plaintiff's Counselor (Witness)

Christopher K. Wachtler, Attorney for Defendant Duncan

Justin Wood, Chief Deputy, Chisago County Sheriff's Office (Witness)

                                                    CULBERTH & LIENEMANN, LLP

Dated: November 3, 2021        By:   /s/Leslie L. Lienemann
                                                   Leslie L. Lienemann #0230194
                                                   Celeste E. Culberth #0228187
                                                   Attorneys for Plaintiff
                                                   444 Cedar St., Ste. 1050
                                                   St. Paul, MN 55101
                                                   (651) 290-9300
                                                   llienemann@clslawyers.com
                                                   cculberth@clslawyers.com

                                                   QUINLIVAN & HUGHES, P.A.

Dated: November 3, 2021        By:   /s/Cally Kjellberg-Nelson
                                                   Dyan J. Ebert #0237966
                                                   Cally Kjellberg-Nelson # 0390443
                                                   Attorneys for Defendant Chisago County
                                                   PO Box 1008
                                                   St. Cloud, MN  56302-1008
                                                   (320) 251-1414
                                                   (320) 251-1415 (Fax)
                                                   debert@quinlivan.com
                                                   ckjellberg-nelson@quinlivan.com

WACHTLER LAW OFFICE

Dated: November 3, 2021          By:     /s/Christopher K. Wachtler
                                         Christopher K. Wachtler #026-1373
                                         Attorneys for Defendant Richard Duncan
                                         983 Ashland Ave.
                                         St. Paul, MN 55104
                                         (651) 983-3769
                                         chris@wachtlerlaw.com