# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## CIVIL JURY TRIAL

| | |
|---|---|
| Michelle Jacobson, | **COURT MINUTES** |
| Plaintiff, | Case Number: 18-cv-2528 (SRN/HB) |
| v. | Date: March 4, 20222 |
| | Court Reporter: Carla Bebault |
| | Location: *Courtroom 7C, St. Paul Courthouse* |
| County of Chisago and Richard Duncan, both individually and in his official capacity as Sheriff of County of Chisago, | Time in Court: 9:00 – 11:15 a.m.<br>1:35 – 1:40 p.m.<br>3:40 – 3:45 p.m. |
| Defendant. | Total Time in Court: 2 Hours, 25 Minutes |

Trial held before Hon. Susan Richard Nelson, United States District Judge, in St. Paul, Minnesota.

APPEARANCES:

    For Plaintiff:    Celeste E. Culberth and Leslie L. Lienemann

    For Defendant Chisago County:
        Dyan J. Ebert and Cally R. Kjellberg-Nelson

    For Defendant Richard Duncan:
        Christopher Wachtler

    Interpreter/Language:  None/English

PROCEEDINGS:
- ☒ Jury Trial Continued.
- ☒ Closing arguments by Ms. Ebert for Defendant Chisago County, Mr. Wachtler for Defendant. Duncan, and Ms. Lienemann for Plaintiff.
- ☒ The jury received the case at 11:12 a.m.
- ☒ The jury sent out Question #1 at 1:35. The court met with the parties to create a written response, which was sent back to the jury at 1:45 p.m.
- ☒ Verdict received at 3:40 p.m. The jurors were polled as to the verdict and they all concur.

IT IS ORDERED:
- ☒ Clerk to file the verdict.

*CLERK'S USE ONLY:*
- ☒ *Number of trial days with evidence: 3.*
- ☒ *Exhibits remain in custody of the offering party.*

                                                                                     s/SMD
                                                                       Signature of CRD