# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Michelle Jacobson,
       Plaintiff,

v.

County of Chisago and Richard Duncan,
both individually and in his official
capacity as Sheriff of County of Chisago,

       Defendants.

Case No. 18-cv-02528 (SRN/HB)

**SPECIAL VERDICT FORM**

We, the jury impaneled in the above-entitled case make the following answers to the questions on the Special Verdict Form:

**Question No. 1:** What amount of money will fairly and adequately compensate Plaintiff for the harm she has suffered?

(a)    Past economic harm:

$ 0

(b)    Past and future mental anguish:

$ 565,000

**Question No. 2:** What amount of punitive damages do you assess against Defendant Richard Duncan?

$ 550,000

1

SCANNED
MAR 07 2022
U.S. DISTRICT COURT ST. PAUL

**You have completed your verdict. The jury's selected foreperson should sign and date this form below.**

Dated this 04 day of March , 2022 at 3:25 o'clock P.M.

SIGNATURE REDACTED

Foreperson

2