# *Culberth & Lienemann, LLP*

*Attorneys at Law*
*1050 UBS Plaza*
*444 Cedar Street*
*St. Paul, MN 55101*
*Telephone: 651-290-9300*
*Facsimile: 651-290-9305*

*Leslie L. Lienemann*
*Celeste E. Culberth*

*Kelly Linse-Hemmelman*
*Paralegal*

May 3, 2022

Judge Susan Richard Nelson          ***Via ECF***
U.S. District Court Judge
United States District Court
316 North Robert Street
St. Paul, MN 55101

**Re:   *Jacobson v. County of Chisago and Richard Duncan et al.***
***Civil File No. 18-CV-2528 SRN/HB***

Dear Judge Nelson:

On April 29, 2022, counsel for Defendant County of Chisago filed its Response to Plaintiff's Fee Petition. We will be arguing a number of post-trial motions on May 19, 2022, and in the interest of saving time at oral argument, given the number of issues raised by Defendant, Plaintiff respectfully requests that she be allowed to file a reply brief. If the Court allows the additional briefing, Plaintiff would propose filing her reply brief on May 12, 2022. Thank you for your consideration.

Sincerely,

s/Leslie L. Lienemann

Leslie L. Lienemann