UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Michelle Jacobson,<br><br>                      Plaintiff,<br>v.<br><br>County of Chisago and Richard Duncan, both individually and in his official capacity as Sheriff of Chisago County,<br><br>                      Defendants. | **COURT MINUTES**<br>BEFORE: Hon. Susan Richard Nelson,<br>United States District Judge<br><br>Case No.:     18cv2528 (SRN/HB)<br>Date:          May 19, 2022<br>Court Reporter: Carla Bebault<br>Location:      Courtroom 7B, St. Paul<br>Time in Court: 10:29 – 11:11 a.m.<br>Total Time:    42 Minutes |

**APPEARANCES:**

    For Plaintiff:       Leslie L. Lienemann

    For Defendant Chisago County:
           Dyan J. Ebert and Cally R. Kjellberg-Nelson

    For Defendant Richard Duncan:
           Christopher K. Wachtler

**PROCEEDINGS:**

Motion hearing held on:
- MOTION for Civil Penalty filed by Michelle Jacobson [Doc. No. 199];
- MOTION for Attorney Fees and Costs filed by Michelle Jacobson. [Doc. No. 203];
- MOTION to Allocate Emotional Distress Damages Among Defendants filed by County of Chisago [Doc. No. 221]; and
- MOTION to Alter/Amend/Correct Judgment, MOTION for New Trial filed by County of Chisago [Doc. No. 225].

The motions were submitted, argued and taken under advisement.

s/S.DelMonte
Courtroom Deputy
