UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Michelle Jacobson,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>County of Chisago; and Richard Duncan, both individually and in his capacity as Sheriff of County of Chisago,<br><br>　　　　　　Defendants | Case No. 18-cv-2528 (SRN)<br><br>**ORDER ON MOTION FOR CIVIL PENALTY** |

Celeste E. Culberth and Leslie L. Lienemann, Culberth & Lienemann, LLP, 444 Cedar St., Ste. 1050, St. Paul, MN 55101, for Plaintiff

Cally R. Kjellberg-Nelson and Dyan J. Ebert, Quinlivan & Hughes, PA, PO Box 1008, St. Cloud, MN 56302-1008, for Defendant County of Chisago

Christopher Kent Wachtler, Wachtler Law Office, P.O. Box 39, Stillwater, MN 55082, for Defendant Richard Duncan

SUSAN RICHARD NELSON, United States District Judge

　　This matter is before the Court on Plaintiff Michelle Jacobson's Motion for a Civil Penalty [Doc. No. 199].

　　Plaintiff and Defendant Chisago County have resolved this issue and have submitted a stipulation to the Court [Doc. No. 277] requesting the assessment of a civil penalty of $2,500 against Defendant Chisago County pursuant to Minn. Stat. § 363A.29, subd. 4(a).

　　Based on the submissions and the entire file and proceedings herein, **IT IS HEREBY ORDERED** that:

1

1. Plaintiff's Motion for a Civil Penalty [Doc. No. 199] is **GRANTED**.

2. Defendant Chisago County shall pay a penalty of $2,500 to the State of Minnesota, as set forth in Minn. Stat. § 363A.29, subd. 4(a).

Dated: January 24, 2023                                         s/Susan Richard Nelson
                                                                SUSAN RICHARD NELSON
                                                                United States District Judge