# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Michelle Jacobson,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>County of Chisago; and Richard Duncan, both individually and in his capacity as Sheriff of County of Chisago,<br><br>　　　　　Defendants | Case No. 18-cv-2528 (SRN)<br><br><br>**ORDER** |

Celeste E. Culberth and Leslie L. Lienemann, Culberth & Lienemann, LLP, 444 Cedar St., Ste. 1050, St. Paul, MN 55101, for Plaintiff

Cally R. Kjellberg-Nelson and Dyan J. Ebert, Quinlivan & Hughes, PA, PO Box 1008, St. Cloud, MN 56302-1008, for Defendant County of Chisago

Christopher Kent Wachtler, Wachtler Law Office, P.O. Box 39, Stillwater, MN 55082, for Defendant Richard Duncan

SUSAN RICHARD NELSON, United States District Judge

This matter is before the Court on Plaintiff Michelle Jacobson's Motion for Attorneys' Fees and Costs [Doc. No. 203]. In light of post-trial developments, Plaintiff will file a new petition. Accordingly, Plaintiff's Motion for Attorneys' Fees and Costs [Doc. No. 203] is **DENIED WITHOUT PREJUDICE**.

**SO ORDERED**.

Dated: January 24, 2023

　　　　　　　　　　　　　　s/Susan Richard Nelson
　　　　　　　　　　　　　　SUSAN RICHARD NELSON
　　　　　　　　　　　　　　United States District Judge